**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1781

WILBERT J. ALEXANDER, II, a/k/a Wilbert Alexander,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF TRANSPORTATION, Human Resources manager; MICHAEL GUFFEE, Controller; KACE SMITH, CFO; CYNTHIA JOHNSON, Employee Relations staff,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge.  (3:20-cv-04480-TLW)

Submitted:  April 11, 2024                                    Decided:  April 15, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wilbert J. Alexander, II, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert J. Alexander, II, appeals the district court's orders granting Defendants' motions to dismiss and for summary judgment in Alexander's civil action raising several federal and state law claims, including claims for discrimination, harassment, and retaliation, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Alexander v. S.C. Dep't of Transp.*, No. 3:20-cv-04480-TLW (D.S.C. June 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*